IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VENTURES TRUST 2013-I-NH,
BY MCM CAPITAL PARTNERS, LLC,
ITS TRUSTEE,

      Appellant,

 v.                                Case No.  5D16-1020

DANA M. JOHNSON AND
ROBIN L. JOHNSON,

      Appellees.

_____/

Decision filed June 30, 2017

Appeal from the Circuit Court
for St. Johns County,
Arthur W. Nichols, III, Senior Judge.

Shawn Taylor, of Deluca Law Group, PLLC., Fort
Lauderdale, and Hope T. Cannon, of Bradley Arant
Boult Cummings LLP, Birmingham, Alabama, for
Appellant.

J. Russell Collins and Vincent L. Sullivan, of
Rusty Law, LLC, St. Augustine, for Appellees.


PER CURIAM.

      AFFIRMED.


BERGER and EDWARDS, JJ., concur.
EVANDER, J., concurs, with opinion.

EVANDER, J., concurring.

Appellant argues, *inter alia*, that it was error for the trial court to dismiss its foreclosure action on statute of limitations grounds where the complaint alleged defaults both within and outside the five-year statute of limitations. Because this argument was not preserved below, I agree that affirmance is appropriate.